Mr. Bruton                                                    12-19-05

I'm the inmate who spoke with you today about the State of Louisiana's nonresponse to my 4-14-05 and 7-5-05 written request for Speedy Trial. As we discussed, Louisiana is not a signatory member of the I.A.D. Yet, the laws that govern this "Right to a Speedy Trial" does not excuse the now eight month delay. The 120 day time frame as proscribed by the U.S. Constitutional Amendments Six (6) and Fourteen (14), has since tolled. Baton Rouge authorities have admitted via U.S. mail they're refusal enforce federal laws designed for this purpose. Having exhausted administrative, local authorative, and state court level is cause for intervention. — Heres the information you requested to contact said authorities:
Doug Welborn, Clerk of Court
Government Bldg. 222 St. Louis St.
P.O. Box 1991, Baton Rouge, LA 70822-1991
(225) 389-3960
Case No. 126703-01  Warrant No. 04-02-008

Sir would you be so kind as to

1

INFORM MYSELF OF WHAT YOU DISCOVERED FROM THE 19TH JUDICIAL DISTRICT COURT ABOVE. I THANK YOU FOR YOUR TIME AND FEEL FREE TO INQUIRE OF MYSELF FOR DOCUMENTATION OF THE CONTENTS HEREIN.

RESPECTFULLY, *Christopher Lucas*
CHRISTOPHER LUCAS
222146 9847B

re: "Randy" still a good
want —
I talked w/ Mr Whaley
if LA- says they want a hold
against you — we honor it even
if they don't pick you up until
Ed?
MG 12/20/05

2