IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER LUCAS, #222646, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-0032-WKW |
| | ) | |
| STATE OF LOUISIANA, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

Christopher Lucas ["Lucas"], a state inmate confined at the Ventress Correctional Facility, initiated this cause of action on the form provided to prisoners for the filing of petitions pursuant to 28 U.S.C. § 2254. In this petition, Lucas challenges a detainer lodged against him by law enforcement officials of East Baton Rouge, Louisiana. In light of the foregoing, the court concludes that the instant petition should be construed as a petition for habeas corpus relief filed pursuant to the provisions of 28 U.S.C. § 2241. Accordingly, it is hereby

ORDERED that this case be construed as a 28 U.S.C. § 2241 petition for habeas corpus relief.

DONE, this 23rd day of January, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE