IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER LUCAS, #222646, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06-CV-32-WKW |
| | ) | (WO) |
| STATE OF LOUISIANA, | ) | |
| | ) | |
| Respondent. | ) | |

### **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on January 23, 2006, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that this case shall be TRANSFERRED to the United States District Court for the Middle District of Louisiana pursuant to the provisions of 28 U.S.C. § 1404.

Done this 21st day of February, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE