**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Clerk, U.S. District Court
Middle District of Louisiana
777 Florida St. Suite 139
Baton Rouge, LA 70801-1712

2:06cv32 (entire file + transfer order)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Sonney Janeau                    ☐ Agent
                                    ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Sonney Janeau                   2-23-06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☒ Certified Mail        ☐ Express Mail
☐ Registered            ☒ Return Receipt for Merchandise
☐ Insured Mail          ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7005 1160 0001 2962 3304

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540